**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 15, 2014**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00930-CV

---

### AMELIA V. KELLY, Appellant

### V.

### MATTHEW D. WIGGINS, JR. AND D.L. HAMMAKER, Appellees

On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 13-CV-0167

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 13, 2013. On July 2, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Busby and Wise.